RESCH POLSTER & BERGER LLP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SHANGHAI TUYA INTERNATIONAL TRADING LTD., a Chinese corporation dba HONESTONE INTERNATIONAL TRADING LTD. and HONEBERI INTERNATIONAL TRADING LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CRYSTAL LYNN CLOTHING LLC, a California limited liability company; DESIGN COLLECTION, INC., a California corporation; SIMON BARLAVA, an individual; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:19-cv-03246-KK-SSC <br><br> **[PROPOSED] ORDER DISMISSING THE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)** <br><br> **Filed Concurrently with Stipulation for Dismissal** <br><br> Judge:  Hon. Kenly Kiya Kato <br><br> Pre-Trial Conference:  April 5, 2024 <br> Trial Date:  May 6, 2024 |

Pursuant to the stipulation of the parties, the settlement of this action and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The above captioned action is dismissed with prejudice;
2. The parties hereto shall bear their own costs and attorneys' fees; and
3. The Court shall retain jurisdiction over the Settlement of this Action and the enforcement thereof.

DATED: April __4__, 2024

_____
Hon. Kenly Kiya Kato
United States District Judge
Central District of California